313 F.3d 506
 Michael A. NEWDOW, Plaintiff-Appellant,
v.
U.S. CONGRESS; United States of America; George W. Bush*, President of the United States; State of California; Elk Grove Unified School District; David W. Gordon, Superintendent EGUSD; Sacramento City Unified School District; Jim Sweeney, Superintendent SCUSD, Defendants-Appellees.
 No. 00-16423.
 United States Court of Appeals, Ninth Circuit.
 December 4, 2002.
 
 Before: GOODWIN, REINHARDT and FERNANDEZ, Circuit Judges.
 
 ORDER
 
 1
 Sandra Banning's motion for leave to intervene is DENIED.
 
 
 2
 The State of California's purported appearance in this appeal is rejected, and its purported petition for rehearing with suggestion for rehearing en banc, filed July 25, 2002, is ORDERED STRICKEN.
 
 
 3
 Newdow's motion for judicial notice is DENIED.
 
 
 4
 Newdow's motion for sanctions against Banning's attorneys is DENIED.
 
 
 5
 Sandra Banning's application for leave to file sur-response to Newdow's motion for sanctions IS DENIED.
 
 
 6
 Newdow's motion to file response to federal and state defendants' supplemental briefs is DENIED.
 
 
 
 Notes:
 
 
 *
 George W. Bush is substituted for his predecessor, William Jefferson Clinton, as President of the United States. Fed. R.App. P. 43(c)(2)